Allen B. Felahy (State Bar No. 190177)
AFelahy@Felahylaw.com
Oscar Ramirez (State Bar. No. 236768)
ORamirez@Felahylaw.com
FELAHY LAW GROUP
4000 Cover Street, Suite 100
Long Beach, California 90808
Phone: (562) 499-2121
Fax:    (562) 499-2124

Attorneys for Plaintiff
LINDA GUAJARDO

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA GUAJARDO, an individual, | Case No. 2:14-CV-2996 |
| Plaintiffs, | [Removed from State Court LASC NO. BC527988] |
| v. | |
| MARINA MEDICAL BILLING SERVICE, business entity unknown; T-SYSTEM, INC., a Texas Corporation, d/b/a MARINA MEDICAL BILLING SERVICE; REVCYCLE+, INC., a Delaware Corporation; and DOES 1 through 25, | [PROPOSED ORDER] ON JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| Defendants. | Action Filed:  November 18, 2013 |

[Proposed Order] Stipulation for Dismissal,
With Prejudice

Having reviewed the Joint Stipulation for Dismissal of Entire Action with Prejudice, good cause appearing, the Court orders as follows:

1. The above-captioned action should be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1);

2. Each party will bear her/its own attorney's fees and costs with respect to dismissal of the above-captioned matter.

Dated: September 13, 2014        By: _____

HON. PERCY ANDERSON
UNITED STATES DISTRICT COURT

-1-                    [Proposed Order] Stipulation for Dismissal,
                                        With Prejudice